| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant CORTEZ-PADILLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00872 RMW | |
| | ) | | |
| Plaintiff, | ) | STIPULATION AND [] | |
| | ) | ORDER CONTINUING HEARING DATE | |
| vs. | ) | AND EXCLUDING TIME UNDER THE | |
| | ) | SPEEDY TRIAL ACT | |
| JUAN CORTEZ-PADILLA, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

## STIPULATION

Defendant Juan Cortez Padilla, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, July 16, 2012, at 9:00 a.m., shall be continued to Monday, August 20, 2012, at 9:00 a.m.

The reason for the requested continuance is counsel for Mr. Cortez-Padilla's requires additional time to research and investigate issues related to the filing of one or more pretrial motions. Defense counsel respectfully request additional time to effectively prepare Mr. Cortez-Padilla's defense, and therefore respectfully requests a continuance of the status hearing

Stipulation and [] Order Continuing
Hearing                                                    1

1  previously set in this matter to August 20, 2012.

2  Accordingly, the parties agree that the time between July 16, 2012, and August 20, 2012,

3  may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for

4  effective preparation by defense counsel.

Dated: July 12, 2012
_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: July 12, 2012
_____/s/_____
MEREDITH EDWARDS
Special Assistant United States Attorney

//
//
//
//
//
//
//

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, July 16, 2012, shall be continued to Monday, August 20, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between July 16, 2012, and August 20, 2012, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between July 16, 2012, and August 20, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between July 16, 2012, and

1 | August 20, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
2 | 3161(h)(7)(A) and (B)(iv).
3 | IT IS SO ORDERED.
4 | Dated: 7/17/12

*/s/ Ronald M. Whyte*
———————————————
THE HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Continuing
Hearing                                    3