MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5580
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JUAN CORTEZ-PADILLA, <br>     Defendant. | No.   11-CR-00872-RMW <br><br> STIPULATION AND [] ORDER MODIFYING PARTIES' BRIEFING SCHEDULE |

      The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the parties' briefing schedule be modified as follows: The government may file its response on or before October 23, 2012. The defense may file a reply brief on or before October 30, 2012. The parties are respectfully requesting the continuance of the government and defense's filing deadlines due to the need for the parties to jointly negotiate a possible resolution in this matter and for the government to request further documents. The parties seek to maintain the currently scheduled motion hearing date of November 5, 2012.

//

//

//

1

| | | |
|---|---|---|
| DATED: October 13, 2012 | | MELINDA HAAG<br>United States Attorney |

___/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney


___/s/_____
VARELL L. FULLER
Attorney for Defendant

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY |
| 3 | ORDERED that the parties' briefing schedule shall be modified as follows: The government may |
| 4 | file its response on or before October 23, 2012. The defense may file a reply brief on or before |
| 5 | October 30, 2012. |
| 7 | IT IS SO ORDERED. |
| 10 | DATED: [illegible]        /s/ Ronald M. Whyte |
| 11 |                         THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE |